**RCO LEGAL, P.S.**
Brett Ryan, Esq., #200563
2121 Alton Parkway, Suite 110
Irvine, CA 92606
702-854-9965/ Fax: 714.277.4899
Email bryan@rcolegal.com

The following constitutes
the order of the court. Signed October 3, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

File No.: 224979
Attorneys for Movant, Freedom Mortgage Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Walter William Warner and<br>Patricia Ann Warner<br><br>Debtor(s). | Bk. No. 15-42734-RLE<br>R.S. No.: BPR-010<br>**Roger L. Efremsky**<br>**Chapter 13**<br><br>*STIPULATED ADEQUATE PROTECTION ORDER*<br><br>Hearing:<br>Date: September 28, 2016<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>1300 Clay St.<br>Oakland, CA 94612<br>Courtroom 201 |

STIPULATED ADEQUATE PROTECTION ORDER

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief sought as set forth in the Stipulation to Modify Stay filed by Freedom Mortgage Corporation, its agents, assignees and/or successors in interest, appearing as docket #36, is granted, and binding upon the parties while this bankruptcy case is pending.

*** END OF ORDER***

**STIPULATED ADEQUATE PROTECTION ORDER**

2

**COURT SERVICE LIST**

**STIPULATED ADEQUATE PROTECTION ORDER**