**RCO LEGAL, P.S.**
Jason Kolbe, Esq., #296107
2121 Alton Parkway, Suite 110
Irvine, CA 92606
702-854-9965/ Fax: 714.277.4899
Email jkolbe@rcolegal.com
RCO# 224979

Attorney for Creditor
Freedom Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Walter William Warner and<br>Patricia Ann Warner<br><br><br>Debtor(s). | **Bk. No. 15-42734-RLE**<br>**RS No. BPR-010**<br>**Roger L. Efremsky**<br>**Chapter 13**<br><br><br>*NOTICE OF HEARING ON MOTION*<br>*FOR RELIEF FROM AUTOMATIC STAY*<br><br>**Preliminary Hearing:**<br>Date: April 12, 2017<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>1300 Clay St.<br>Oakland, CA 94612<br>Courtroom: 201<br>Floor: 2nd |

PLEASE TAKE NOTICE THAT, Freedom Mortgage Corporation, its agents, assignees

and/or successors in interest, ("Movant" hereinafter), a secured creditor, will bring before the

Honorable Roger L. Efremsky a Motion for Relief from Automatic Stay pursuant to 11 U.S.C.

§362 regarding the subject property generally described as **1647 Swallow Way, Hercules, CA**

**94547.**

Pursuant to the Stipulated Adequate Protection Order entered on October 3, 2016 as

NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

docket no. 37, Movant may restore its Motion for Relief to calendar on 14-days notice in order to seek further relief from the Court without incurring any additional filing fees.

Debtor must appear personally or by counsel at the hearing on this Motion for Relief from Automatic Stay. Please take notice that unless opposition to the Motion is presented at the Preliminary Hearing, the Motion may be granted without further hearing.

Date: March 28, 2017

Respectfully submitted by:
RCO LEGAL, P.S.

/s/ Jason Kolbe
JASON KOLBE, ESQ.
Attorneys for Movant

---

NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

# PROOF OF SERVICE

I declare: I am employed in the County of King, State of Washington. I am over the age of eighteen (18) years and not a party to the within action; my business address is 13555 SE 36th St., Suite 300, Bellevue, WA 98006. On the date stated below, I served the within **Notice of Hearing on Motion For Relief From Automatic Stay** in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or via electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Walter William Warner and Patricia Ann Warner
1647 Swallow Way
Hercules, CA 94547

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

Patrick L Forte
1624 Franklin St. #911
Oakland, CA 94612

**SERVICE VIA ELECTRONIC NOTICE:**

Martha G. Bronitsky
13trustee@oak13.com

Patrick L Forte
pat@patforte.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct.

Service was made and this declaration was executed on March 28, 2017 at Bellevue, Washington.

By: _Poonvi_

PROOF OF SERVICE

**RCO LEGAL, PS**
Brett Ryan, Esq., #200563
2121 Alton Parkway, Suite 110
Irvine, CA 92606
702-854-9965 / Fax (714) 277-4899
Email bryan@rcolegal.com

File No.: 224979
Attorneys for Movant, Freedom Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Walter William Warner and<br>Patricia Ann Warner<br><br>Debtor(s). | **Bk. No. 15-42734-RLE**<br>**R.S. No.: BPR-010**<br>**Roger L. Efremsky**<br>**Chapter 13**<br><br>*STIPULATION TO MODIFY*<br>*AUTOMATIC STAY*<br><br>Hearing:<br>Date: September 28, 2016<br>Time: 1:30 PM<br>Place: U.S. Bankruptcy Court<br>1300 Clay St.<br>Oakland, CA 94612<br>Courtroom 201 |

The undersigned Creditor, Freedom Mortgage Corporation, its agents, assignees and/or successors in interest ("Movant" hereinafter), through its counsel Brett Ryan of RCO Legal, P.S., and the above-named Debtor, through her counsel, Patrick L Forte, hereby stipulate as follows:

1. The Debtors filed a Petition in this Court under Chapter 13 of the Bankruptcy Code on the

STIPULATION TO MODIFY STAY

September 3, 2015.

2. Movant is the holder of a secured claim against the Debtors. The date upon which the subject debt was incurred was December 23, 2011.

3. Movant holds a security interest or lien upon the following described property of the estate: **1647 Swallow Way Hercules, CA 94547.**

4. As to Movant, the stay of 11 U.S.C. § 362(a) shall remain in effect subject to the following terms and conditions:

  a. The Debtors shall make regular monthly payments in the amount of $2,164.49 commencing October 1, 2016. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

    Freedom Mortgage Corporation
    10500 Kincaid Drive
    Fishers, IN 46037

  b. The Debtors shall cure the post-petition default computed through September 22, 2016 in the sum of $26,999.88 as follows:

    i. By paying the sum of $25,973.88 on or before September 30, 2016.

    ii. Movant will amend its claim to include fees and costs in the amount of $1,026.00.

  c. The Debtors shall maintain insurance coverage on the Property and shall remain current on all taxes that fall due post-petition with regard to the Property.

  d. Movant may restore its Motion for Relief to calendar on 14-days notice in order to seek further relief from the Court without incurring any additional filing fees.

  e. The foregoing terms and conditions shall be binding only during the pendency of

STIPULATION TO MODIFY STAY

2

Case: 15-42734   Doc# 38   Filed: 03/28/17   Entered: 03/28/17 15:55:49   Page 5 of 9
Case: 15-42734   Doc# 36   Filed: 10/03/16   Entered: 10/03/16 13:54:30   Page 2 of 6

this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtors.

f.  If Movant obtains relief from stay based on Debtors' defaults hereunder, the order granting relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedures 4001(a)(3).

g.  Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under non-bankruptcy law.

h.  Movant shall begin sending monthly mortgage statements to the Debtors' counsel and the Debtors for the first three months and to the Debtors therein after.

APPROVED AS TO FORM AND CONTENT BY:

9/30/16
Date

Patrick L Forte
Attorney for Debtors

9/30/2016
Date:

/s/ Brett Ryan
Brett Ryan
Attorney for Movant

STIPULATION TO MODIFY STAY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# COURT SERVICE LIST

COURT SERVICE LIST

Case: 15-42734    Doc# 38    Filed: 03/28/17    Entered: 03/28/17 15:55:49    Page 7 of 9
Case: 15-42734    Doc# 36    Filed: 10/03/16    Entered: 10/03/16 13:54:30    Page 4 of 6

**RCO LEGAL, PS**
Brett Ryan, Esq., #200563
2121 Alton Parkway, Suite 110
Irvine, CA 92606
702-854-9965 / Fax (714) 277-4899
Email bryan@rcolegal.com

File No.: 224979
Attorneys for Movant, Freedom Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Walter William Warner and<br>Patricia Ann Warner<br><br>                             Debtor(s). | **Bk. No. 15-42734-RLE**<br>**R.S. No.: BPR-010**<br>**Roger L. Efremsky**<br>**Chapter 13**<br><br>*PROOF OF SERVICE*<br><br><br>Date: September 28, 2016<br>Time: 1:30 PM<br>Place: U.S. Bankruptcy Court<br>1300 Clay St.<br>Oakland, CA 94612<br>Courtroom 201 |

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 2121 Alton Parkway, Suite 110, Irvine, CA 92606. On the date stated below, I served the within **STIPULATION TO MODIFY AUTOMATIC STAY, STIPULATED ADEQUATE PROTECTION ORDER** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or electronic service as follows:

PROOF OF SERVICE

**SERVICE VIA U.S. MAIL:**

Walter William Warner
1647 Swallow Way
Hercules, CA 94547

Patricia Ann Warner
1647 Swallow Way
Hercules, CA 94547

**SERVICE VIA CM/ECF:**

Martha G. Bronitsky
13trustee@oak13.com

Patrick L Forte
pat@patforte.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Service was made on October ___3___, 2016 at Irvine, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: _Kui O'Ha_

PROOF OF SERVICE